STATE OF CONNECTICUT *v.* KEVIN J. HACKETT

*Louis S. Avitabile*, special public defender, in support of the petition.

*Julia K. Mahoney Conlin*, deputy assistant state's attorney, in opposition.

Decided October 23, 2002

WATCH HILL CONDOMINIUM, INC. *v.*
JAN VAN ECK ET AL.

*Jan Van Eck*, pro se, in support of the petition.

*Martin L. McCann*, in opposition.

Decided October 23, 2002

PETER MATOS *v.* AMERICAN FEDERATION
OF STATE, COUNTY AND MUNICIPAL
EMPLOYEES, COUNCIL 4, ET AL.

The Supreme Court docket number is SC 16857.

*Wesley W. Horton* and *Karen L. Dowd*, in support of the petition.

Decided October 23, 2002

CADLE COMPANY *v.* GARY R. GINSBERG

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Paul N. Gilmore* and *Barbara A. Frederick*, in opposition.

Decided October 29, 2002

STATE OF CONNECTICUT *v.* BARBARA WILSON

*Timothy H. Everett* and *Todd D. Fernow*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided October 29, 2002

JACALYN MACY *v.* KEITH LUCAS ET AL.